# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

March 28, 2024

BY ECF
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Villafane, et al,* 21 Cr. 93 (VM)

Your Honor:

On March 6, 2024, I was appointed pursuant to the Criminal Justice Act to represent Juan Calderon in the referenced case. Two days ago, Ruth Liebesman filed a Notice of Appearance on behalf of Mr. Calderon, indicating that she had been retained to represent him. Yesterday, Ms. Liebesman emailed me, confirming that she had been retained.

Since Mr. Calderon has now retained counsel, I asked to be relieved from representing Mr. Calderon further.

Respectfully submitted,

/s/
James E. Neuman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/24

SO ORDERED.
3/29/2024
DATE
VICTOR MARRERO, U.S.D.J.