```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

JUAN CALDERON,

                  Defendant.

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby **ORDERED** that there will be a conference before this Court on Friday, May 31, 2024, at 2:00 PM regarding the Defendant's appeal of a bail determination.

**SO ORDERED.**

Dated:    29 May 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.

1