USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

          - against -

JUAN CALDERON,

              Defendant.

---

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court has reviewed defense counsel's letter dated July 15, 2024. (See Dkt. No. 197.) Defendant is hereby granted leave to file an appropriate motion. Any such motion shall set forth legal authority permitting the Court to issue the relief sought.

**SO ORDERED.**

Dated:     16 July 2024
            New York, New York

                           Victor Marrero
                           U.S.D.J.