

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 10, 2025

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/11/2025
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Juan Calderon*, S9 21 CR 93 (VM)

Dear Judge Marrero,

      The Government writes on behalf of the parties in the above-captioned case and in response to the Order of the Court dated July 2, 2025 (*see* ECF No. 389) to request respectfully an extension from July 9, 2025 to July 14, 2025 of the time to submit a letter with the position of the Government as to Defendant Juan Calderon's motion dated June 30, 2025 (*see* ECF No. 386). The Government apologizes for the untimeliness of its request, which it submits with the consent of the defendant with whom the Government now anticipates submitting a joint letter, at least in part.

      Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
    Michael R. Herman
    Timothy Ly
    Thomas John Wright
    Assistant United States Attorneys
    (212) 637-2221 / 1062 / 2295

cc: Ruth Liebesman (Counsel to Defendant Juan Calderon) (by ECF)
    All Counsel and Coordinating Discovery Attorney (by ECF)

---

**Request GRANTED.**
The Government is directed to file its response by July 14, 2025.

**SO ORDERED.**
7/11/2025
DATE     VICTOR MARRERO, U.S.D.J.