

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 14, 2025

**By ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/15/2025
```

    **Re:**    *United States v. Juan Calderon*, S9 21 CR 93 (VM)

Dear Judge Marrero,

    The Government writes further on behalf of the parties in the above-captioned case and in response to the Orders of the Court dated July 2, 2025 (*see* ECF No. 389) and July 11, 2025 (*see* ECF No. 394). The Government and Defendant Juan Calderon both anticipate that a joint letter from his co-defendants will be filed on or about tomorrow, July 15, 2025, which is sixty days from the last conference on May 16, 2025 and the date by which the Court requested such a letter from the defendants proposing a schedule for the submission of pretrial motions, among other things. (*See* 05/16/2025 Tr. 30:18-21). With the consent of Defendant Juan Calderon, the Government requests leave from the Court to respond to the omnibus letter of the defendants on July 18, 2025 and in that same response propose an approach to the filed motion of Defendant Juan Calderon. The Government believes that this approach will both respect judicial economy as well as allow the Government to take a position that is coherent in light of the proposed approach of both Defendant Juan Calderon as well as all the other defendants before the Court.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

                 By: *Thomas John Wright*
                      Michael R. Herman
                      Timothy Ly
                      Thomas John Wright
                      Assistant United States Attorneys
                      (212) 637-2221 / 1062 / 2295

**SO ORDERED.**
7/15/2025
DATE      *Victor Marrero, U.S.D.J.*

cc:  Ruth Liebesman (Counsel to Defendant Juan Calderon) (by ECF)
      All Counsel and Coordinating Discovery Attorney (by ECF)