USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 15, 2025

**By ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The below extension request is granted. The Government shall file its response by August 25, 2025 and Defendant shall file his reply, if any, by September 8, 2025.
>
> SO ORDERED.
> 8/18/2025
> Victor Marrero, U.S.D.J.

Re:   *United States v. Juan Calderon*, S9 21 CR 93 (VM)

Dear Judge Marrero,

     The Government writes with the consent of the defendant to request respectfully an extension of one week for the Government to respond to the defendant's pending motion (*see* ECF No. 386), thereby extending the date for any response from August 18, 2025 to August 25, 2025. In addition, the parties further respectfully request that the Court set September 8, 2025 as the date for any reply from the defendant.

                           Respectfully submitted,

                           JAY CLAYTON
                           United States Attorney

By: *Thomas John Wright*
     Michael R. Herman
     Timothy Ly
     Thomas John Wright
     Assistant United States Attorneys
     (212) 637-2221 / 1062 / 2295

cc: Ruth Liebesman (Counsel to Defendant Juan Calderon) (by ECF)
    All Counsel and Coordinating Discovery Attorney (by ECF)