**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/3/2025_

UNITED STATES OF AMERICA,

- against -

JUAN CALDERON, et al.,

Defendants.

**21-CR-93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 1, 2025, counsel for the above-named defendant submitted a motion for discovery on defendant's behalf ahead of an anticipated suppression hearing. (See Dkt. 428.) The Government is hereby directed to respond to the discovery motion by September 17, 2025.

**SO ORDERED.**

Dated:    3 September 2025
          New York, New York

Victor Marrero
U.S.D.J.