```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JUAN CALDERON, et al.,

        Defendants.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On September 1, 2025, Defendant filed a Motion for Discovery (the "Motion"), to which the Government responded via letter. (See Dkt. Nos. 428, 435.) To rule on the Motion, the Court seeks more information from both parties regarding Item No. 2 ("The identities of the 11 Agents and Law Enforcement officers who submitted each of the 12 bodycam videos, with attributions of the videos to the Agents and Law Enforcement Officers on whose bodycams each video was taken."), and Item No. 3 ("The bodycam videos of the Agents and Law Enforcement Officers whose videos have not been provided to the Government, nor disclosed to the defense.").

Regarding Item No. 2, the Court seeks clarification as to whether records exist tracing specific bodycams to specific agents and officers, the process by which bodycams are assigned to agents and officers, and any other relevant information related to the determination of identity. The

1

Court also requests information regarding the discrepancy between the number of agents and officers who submitted videos (eleven) and the total number of those videos submitted (twelve).

Regarding Item No. 3, the Court seeks clarification as to whether Defendant has identified specific videos that have not been provided to the Government, and if so, how those videos are within the Government's possession, custody, or control. The Court also seeks any additional information relevant to this Motion item to determine whether the request is properly tailored.

The Court hereby directs the parties to respond within seven (7) days by letter not to exceed three (3) pages.

**SO ORDERED.**

Dated:   19 September 2025
         New York, New York

Victor Marrero
U.S.D.J.

2