```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JUAN CALDERON, et al.,

                Defendants.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On June 30, 2025, Defendant Juan Calderon ("Defendant") filed a Motion to Suppress. (See Dkt. No. 387.) The Government filed its response on August 26, 2025. (See Dkt. No. 426.)

An evidentiary hearing is hereby scheduled in this matter on December 5, 2025, at 11:00 AM. Upon careful consideration, the Court will limit the hearing to two issues raised in Defendant's Motion to Suppress: (1) whether Defendant ever claimed that there was a gun on the premises; and (2) whether multiple telephones were visible on the premises. (See Dkt. No. 387, Item 1(a) and Item 1(c).)

**SO ORDERED.**

Dated:    2 October 2025
           New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.