**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

---------------------------------

UNITED STATES OF AMERICA,

         - against -

JUAN CALDERON, et al.,

               Defendants.

---------------------------------

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The evidentiary hearing scheduled in this matter on December 5, 2025, at 11:00 AM, has been rescheduled to December 12, 2025, at 12:00 PM.

**SO ORDERED.**

Dated:    7 October 2025
         New York, New York

                                      Victor Marrero
                                      U.S.D.J.