```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JUAN CALDERON, et al.,

                Defendants.

21 CR 93 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of defendant Juan Calderon's letter filed on October 22, 2025, requesting to expand the scope of the evidentiary hearing scheduled on December 12, 2025. (See Dkt. No. 450.)

    The Government is hereby directed to respond to the request within seven (7) days by letter not to exceed three (3) pages.

**SO ORDERED.**

Dated:    23 October 2025
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.