**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025
```

UNITED STATES OF AMERICA,

- against -

JUAN CALDERON, et al.,

Defendants.

21 CR 93 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On October 22, 2025, Defendant Juan Calderon ("Defendant") filed a motion to expand the scope of the suppression hearing scheduled for December 12, 2025. (See Dkt. No. 450.) The Government filed its response on October 30, 2025. (See Dkt. No. 453.) Defendant submitted a reply on October 31, 2025. (See Dkt. No. 455.)

Upon careful consideration, the Court will grant Defendant's motion. Accordingly, the scope of the hearing is as follows: (1) whether Defendant ever claimed that there was a gun on the premises; (2) if such statement was made, at what point Defendant claimed that there was a gun on the premises; and (3) whether multiple telephones were visible on the premises.

**SO ORDERED.**

Dated:    4 November 2025
         New York, New York

Victor Marrero
U.S.D.J.

1