USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/1/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

         - against -

JUAN CALDERON,

              Defendant.

**21 CR 93 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The Court hereby cancels the evidentiary hearing currently scheduled on December 12, 2025, in the above-captioned matter.

**SO ORDERED.**

Dated:    1 December 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.