**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:__12/4/2025__         │
└─────────────────────────────────┘
```

UNITED STATES OF AMERICA,

        - against -

JUAN CALDERON,

              Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing in the above-captioned matter currently scheduled on March 2, 2026, is hereby rescheduled to March 13, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    4 December 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.