USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> - against - <br><br> JUAN CALDERON, et al., <br><br> Defendants. | **21 CR 93 (VM)** <br><br> <u>ORDER</u> |

**VICTOR MARRERO, United States District Judge.**

The Court hereby directs the Government to show cause within five (5) days from the date of this order why a response has not been provided to the U.S. Probation Office's request for an offense conduct summary and offense overview in the above-captioned matter.

**SO ORDERED.**

Dated:    23 December 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.