

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/13/2026____

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 13, 2026

**By ECF**

| |
|---|
| **Request GRANTED.** The Court hereby schedules the sentencing on March 27, 2026, at 11:30 AM. |
| **SO ORDERED.** |
| 3/13/2026      ~~VICTOR MARRERO, U.S.D.J.~~ |
| DATE |

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Juan Calderon*, S9 21 CR 93 (VM)

Dear Judge Marrero,

The Government writes on behalf of the parties to respectfully request an adjournment of the sentencing scheduled for today for which the defendant was not produced due to an error on the part of the Government that resulted in the conflation of records and the production of another defendant by the same name to the courthouse. The Government and the United States Marshals Service very much regret that the defendant was not able to be produced following identification of the error, which will not recur. The parties understand that the Court is available to preside over the sentencing on Friday, March 27, 2026 at 11:30 AM and accordingly request to appear at that time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
Michael R. Herman
Timothy Ly
Thomas John Wright
Assistant United States Attorneys
(212) 637-2221 / 1062 / 2295

cc: Ruth Liebesman (Counsel to Defendant Juan Calderon) (by ECF)